IN THE FEDERAL DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

D.C. HILL, JR.,
    Petitioner,

§
§
§

2023 OCT 20 AM 10: 26

U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

-V-

§

CASE NO.

APRIL CORRAL, MHMR Administrative Supervisor at the Horizon North Multi-Use Facility; and,
M. DELGADO, Administrative Supervisor of the Horizon North Multi-Use Facility,
    Respondents.

§
§
§
§
§
§
§
§
§

HON. _____

EP23CV0389

## REQUEST FOR MANDAMUS RELIEF

Petitioner, O.C. Hill, Jr., is a resident at the Horizon North Multi-Use Facility located at 1700 North Horizon, El Paso, TX 79928 and is an MHMR patient of the age of 65 years.

He has multiple health concerns including COPD

and is under the care of Dr. Jose Luna, MD of the Centro San Vicente at 8061 Alameda Ave., El Paso, TX 79915. He is considered 100% disabled and notice should be taken of the fact that the Horizon North MUF is inadequately able to care for the medical needs of the Petitioner and the housing environment is a significant contributory factor further complicating and inducing of stressful living conditions causing a more progressively occurring degenerative health condition as the direct result of subjugation to the said living environment.

Petitioner was previously approved to leave the Horizon North MUF on August 16, 2023 for Zoe's Place (Group Home) at 4806 Connelly St., Austin, TX 78751, but was denied transport to that facility for beaurecratic administrative reasons which are insufficiently plausible because other similarly situated residents in a very similar circumstance to this Petitioner have been able to gain such emancipation from the Horizon facility under like conditions and the Petitioner is of the belief that he has been acted against in an arbitrary retalitory fashion by the staff under the supervisory auspices of the named Respondents.

Because the Horizon North MUF is designated as a "state-run" facility, the Respondents, in conjunction with one another, are denying providing the cooperative assistance necessary in order to facilitate the

2

acquisition of the funds available to the Petitioner through the receipt of his Social Security Disability payments which would provide adequate funding for the deposit and rental payments required weekly and monthly at the Zoe's Place Group Home in Austin, Texas, which is the more suitable living accommodation in light of the Petitioner's health care concerns and is the more appropriate residential placement under his circumstances.

MHMR is administratively supposed to provide the requisite assistance for the Petitioner's transfer and disability check payments to the new facility but refuses to do so and has so refused to do so over the course of the past two years, as the Petitioner's documented attempts at providing that administrative office with its requests for documents from the Petitioner, and the numerous appeals on file, will evince.

There is no other adequate remedy at state law nor any other administrative remedies available to the Petitioner for relief from this administrative mistreatment by the Respondents.

The Petitioner is encountering the denial of his ability to fund the payments required in order to be housed in the better accommodating facility mentioned above through the equitable disbursement of his Social Security Disability payments being

held up by the Respondents.

WHEREFORE, the Petitioner's "Prayer For Relief" is an injunctive Court's Order for the Respondents to administratively facilitate the required actions necessary to coordinate the payments through the Social Security Disability benefits payments owed to him and to transition the Petitioner, without further delay, to Zoe's Place at 4606 Connelly St. in Austin, TX 78751 from the Horizon North Multi-Use Facility at 1700 North Horizon, Blvd. in El Paso, TX 79928 (915) 852-1505.

Respectfully submitted,

O.C. Hill

O.C. Hill, Jr.
Horizon North ~~Blvd~~ MUF
1700 North Horizon Blvd.
El Paso, TX 79928

Petitioner is indigent.

3

O.C. Hilldr
Horizon MDF
#10700 North Horizon Blvd.
El Paso, TX 79928

SCREENED BY CSO
OCT 16 2023

Federal District Court for the
Western District of Texas
El Paso Division
525 Magoffin Ave.
El Paso, TX 79901

EL PASO TX 798
RIO GRANDE DISTRICT
13 OCT 2023 PM 2 L

